1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorney for Defendant
   FREDI JACARANDO-ROMERO

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       )   NO. 2:10-cr-0028 KJM
                                   )
13            Plaintiff,           )
                                   )   **STIPULATION AND ORDER**
14      v.                         )   **TO CONTINUE STATUS CONFERENCE**
                                   )   **AND TO EXCLUDE TIME**
15 FREDI JACARANDO-ROMERO,         )
                                   )   Date: February 10, 2011
16            Defendant.           )   Time: 9:00 a.m.
                                   )   Judge: Kimberly J. Mueller
17 _____ )

18      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19 Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon,

20 Assistant Federal Defender, attorney for Defendant, FREDI JACARANDO-ROMERO, that the status

21 conference hearing date of Thursday, January 6, 2011 at 9:00 a.m. before Judge Morrison C. England Jr.,

22 be vacated and a new status conference hearing date of **Thursday, February 10, 2011, at 10:00 a.m.**

23 before Judge Kimberly J. Mueller be set.

24      The reason for this continuance is because additional time is needed for defense preparation and

25 meetings between the parties with the goal being to resolve the case by way of a disposition.

26 / / /

27 / / /

28 / / /

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 10, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 3, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
FREDI JACARANDO-ROMERO

Dated: January 3, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C. Bockmon for*
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 10, 2011, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: January 25, 2011

/S/ KIMBERLY J. MUELLER
KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE